AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Linda Marshall, Ben Dampios, Al Spilloway, Bernie Apotheker, Harry Esposito and Brent Wentz, et al.

V.

Milberg Weiss Bershad & Schulman LLP, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, Melvyn I. Weiss, David J. Bershad, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6950

JUDGE PRESKA

TO: (Name and address of Defendant)

MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, Suite 3400
New York, New York 10175

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**            AUG 0 2 2007

CLERK                             DATE

(By) DEPUTY CLERK

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, CONSENT, COMPLAINT | |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK | |
| TITLE: | PROCESS SERVER | DATE: 08/07/2007  03:29PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MILBERG WEISS BERSHAD & SHULMAN, LLP

Place where served:

ONE PENNSYLVANIA PLAZA  49TH FLOOR NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MJ. QUINN

Relationship to defendant: MANAGING ATTORNEY

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: RED   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/7/2007

_signature_ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/7/07
_signature_
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY:    N/A
PLAINTIFF:   LINDA MARSHALL, ET AL
DEFENDANT:   MILBERG, WEISS BERSHAD & SCHULMAN, LLP, ET AL
VENUE:       DISTRICT OF NY
DOCKET:      07 CV 6950 (PRESKA)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.