UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――― x
LINDA MARSHALL, BEN DAMPIOS, AL : Civil Action No. 07-CV-6950
SPILLOWAY, BERNIE APOTHEKER, :
HARRY ESPOSITO and BRENT WENTZ, On : STIPULATION AND [PROPOSED] ORDER
Behalf of Themselves and All Others Similarly : EXTENDING TIME TO ANSWER, MOVE
Situated, : OR OTHERWISE RESPOND
:
                        Plaintiffs, :
:
    vs. :
:
MILBERG WEISS BERSHAD & :
SCHULMAN LLP, LERACH COUGHLIN :
STOIA GELLER RUDMAN & ROBBINS :
LLP, MELVYN I. WEISS, DAVID J. :
BERSHAD, and STEVEN G. SCHULMAN, :
DOES 1 THROUGH 15, :
:
                        Defendants. :
―――――――――――――――――― x

WHEREAS on August 2, 2007, plaintiffs Linda Marshall, Ben Dampios, Al Spilloway, Bernie Apotheker, Harry Esposito and Brent Wentz ("Plaintiffs") filed a class action complaint against defendants Milberg Weiss Bershad & Schulman LLP, Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), Melvyn I. Weiss, David J. Bershad, and Steven G. Schulman, Does 1 Through 15 ("Defendants");

WHEREAS, presently Lerach Coughlin is to respond to the complaint on August 27, 2007;

WHEREAS the parties have not previously requested any extension of time and will, as soon as all parties have appeared in this action agree to a schedule that places all defendants on the same schedule with respect to their time to answer, move or otherwise respond to the complaint;

IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that:

Defendant Lerach Coughlin need not answer, move or otherwise respond to the complaint until September 26, 2007.

| | |
|---|---|
| BEATIE AND OSBORN LLP<br>DANIEL ADAM OSBORN<br>RUSSEL H. BEATIE<br><br>_/s/ Russell H. Beatie_<br><br>521 Fifth Avenue, 34th Floor<br>New York, NY 10175<br>(212)-888-9000<br>Fax: (212)-888-9664<br><br>*Attorneys for Plaintiffs* | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br><br>_/s/ Samuel H. Rudman_<br>SAMUEL H. RUDMAN<br><br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br><br>*Pro Se* |

\* \* \*

**ORDER**

IT IS SO ORDERED.

- 1 -

- 2 -

DATED: _____       _____
                                                      THE HONORABLE LORETTA A. PRESKA
                                                      UNITED STATES DISTRICT JUDGE