UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LINDA MARSHALL, BEN DAMPIOS, AL       : Civil Action No. 07-CV-6950
SPILLOWAY, BERNIE APOTHEKER,          :
HARRY ESPOSITO and BRENT WENTZ, On    :
Behalf of Themselves and All Others Similarly : ORDER
Situated,                             :
                                      :
                    Plaintiffs,       :
        vs.                           :
                                      :
MILBERG WEISS BERSHAD &               :
SCHULMAN LLP, LERACH COUGHLIN         :
STOIA GELLER RUDMAN & ROBBINS         :
LLP, MELVYN I. WEISS, DAVID J.        :
BERSHAD, and STEVEN G. SCHULMAN,      :
DOES 1 THROUGH 15,                    :
                    Defendants.       :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

   WHEREAS on August 2, 2007, plaintiffs Linda Marshall, Ben Dampios, Al Spilloway, Bernie Apotheker, Harry Esposito and Brent Wentz filed a class action complaint (the "Complaint") against defendants Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), Melvyn I. Weiss, David J. Bershad, and Steven G. Schulman, and Does 1 Through 15 ("Defendants");

   WHEREAS presently the date for Milberg Weiss and Melvyn Weiss to respond to the Complaint is August 27, 2007;

   WHEREAS Milberg Weiss and Melvyn Weiss have not previously requested any extension of time;

   WHEREAS on August 23, 2007 Plaintiffs and Lerach Coughlin stipulated to an extension of time for Lerach Coughlin to respond to the Complaint by September 26, 2007;

WHEREAS Plaintiffs and Lerach Coughlin recited in their August 23, 2007 stipulation that they will, as soon as all parties have appeared in this action, agree to a schedule that places all defendants on the same schedule with respect to their time to answer, move or otherwise respond to the Complaint;

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

The time for Defendants Milberg Weiss and Melvyn Weiss to answer, move or otherwise respond to the Complaint is extended until September 26, 2007.

IT IS SO ORDERED.

DATED: 8/24/2007

~~Hon. Loretta A. Preska~~
United States District Judge
**LAURA TAYLOR SWAIN U.S.D.J.** PART C