PRESKA, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Linda Marshall, et al.,

        Plaintiffs,

v.

Milberg, Weiss, Bershad &
Schulman, LLP, et al.,

        Defendants.

Case No. 1:07-cv-06950
Judge Loretta A. Preska

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED on this 29th day of August, 2007, by and between the undersigned attorneys for the parties herein that the time for Defendant David J. Bershad ("Defendant") to answer, move, or otherwise respond to the Complaint is extended through October 30, 2007. This is the first request for an extension, and the original deadline for Defendant to respond was August 30, 2007. No other deadlines or proceedings will be affected by this extension.

Respectfully submitted,

*[signature]*
Robert D. Luskin, Esq.
Jamie S. Gardner, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000
rluskin@pattonboggs.com
jgardner@pattonboggs.com

*[signature]*
Daniel Adam Osborn, Esq.
Russel H. Beatie, Esq.
BEATIE AND OSBORN LLP
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
dosborn@bandolaw.com

Attorneys for Plaintiffs

Christopher M. DiMuro, Esq. (No. CD-3380)
PATTON BOGGS LLP
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 848-5600
CDiMuro@pattonboggs.com

*[signature]*
Andrew M. Lawler, Esq.
ANDREW M. LAWLER, P.C.
641 Lexington Avenue, 27th Floor
New York, NY 10022
(212) 832-3160
alawler@amlpc.com

Attorneys for Defendant David J. Bershad

August 30, 2007

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE