UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf
of themselves and all others similarly situated,

                              Plaintiffs,          No. 07 CV 6950 (LAP)


          v.


MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

                              Defendants.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an

appearance in this matter on behalf of defendant Lerach Coughlin Stoia Geller Rudman

& Robbins LLP, as counsel of record, and requests that all papers be served upon the

undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of

Appearance is made without waiver of or prejudice to any defenses that Defendant may

have in this action, including, without limitation, defenses based on lack of personal

jurisdiction, or insufficiency of service of process, which are expressly reserved.

Dated:  September 20, 2007

                    EISEMAN LEVINE LEHRHAUPT
                    & KAKOYIANNIS, P.C.


          By: _____
                    Eric R. Levine (EL 7677)
                    805 Third Avenue
                    New York, NY 10022
                    Telephone:  212-752-1000
                    Facsimile:  212-355-4608
                    *Attorneys for defendant Lerach Coughlin*
                    *Stoia Geller Rudman & Robbins LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I caused to be electronically

transmitted the foregoing Notice of Appearance to the Clerk's Office using the CM/ECF

System for filing and transmittal of a Notice of Electronic filing to the following

CM/ECF registrants:

Russel H. Beatie, Esq.
Beatie & Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175
212-888-9000
dosborn@bandolaw.com
*Attorneys for Plaintiffs*

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M. Street, N.W.
Washington, D.C. 20037
202-457-6000
rluskin@pattonboggs.com

Christopher M. DiMuro, Esq.
Patton Boggs LLP
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
973-848-5600
cdimuro@pattonboggs.com

Andrew M. Lawler, Esq.
Andrew M. Lawler, P.C.
641 Lexington Avenue, 27th Floor
New York, NY 10022
212-832-3160
alawler@amlpc.com
*Attorneys for Defendant David J. Bershad*

By: _____
Eric R. Levine (EL 7677)