USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

LINDA MARSHALL, et al.,

        Plaintiffs,

    v.

MILBERG, WEISS, BERSHAD & SCHULMAN, LLP, et al.,

        Defendants.

------------------------------------------------X

Case No. 1:07-cv-06950
Judge Loretta A. Preska

RECEIVED
SEP 2 2011
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S D N Y.

**STIPULATION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED on this 11 day of September, 2007, by and between the undersigned attorneys for the parties herein that the time for defendant Steven Schulman to answer, move, or otherwise respond to the Complaint is extended through October 30, 2007. This is the first request for an extension. No deadlines or proceedings will be affected by this extension.

Respectfully submitted,

_____
Alain Leibman, Esq.
STERN KILCULLEN
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900
aleibman@sgklaw.com

*Attorneys for Defendant Steven Schulman*

Russel H. Beatie by Daniel Osborn
_____
Russel H. Beatie, Esq.
BEATIE AND OSBORN LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175
(212) 888-9000
bhunter@bandolaw.com

*Attorneys for Plaintiffs*

September 24, 2007

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE