USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf
of themselves and all others similarly situated,

                                Plaintiffs,

vs.

MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

                                Defendants.
-----------------------------------------------------------x

Civil Action No. 07 CV 6950 (LAP)

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S D N Y.

       WHEREAS on August 2, 2007, plaintiffs Linda Marshall, Ben Dampios, Al Spilloway, Bernie Apotheker, Harry Esposito and Brent Wentz ("Plaintiffs") filed a class action complaint against defendants Milberg Weiss Bershad & Schulman LLP, Lerach Coughlin Stoia Geller Rudman & Robbins LLP (" Lerach Coughlin"), Melvyn I. Weiss, David J. Bershad, and Steven G. Schulman, Does 1 through 15 ("Defendants");

       WHEREAS, Lerach Coughlin was originally to respond to the complaint on August 27, 2007; and

       WHEREAS, the parties previously agreed to extend the August 27 deadline to September 26, 2007; and

       WHEREAS, as soon as all parties in this action agree to a schedule that places all defendants on the same schedule with respect to their time to answer, move or otherwise respond to the

complaint;

IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that:

Defendant Lerach Coughlin need not answer, move or otherwise respond to the complaint until October 30, 2007.

| | |
|---|---|
| BEATIE AND OSBORN LLP<br>DANIEL ADAM OSBORN<br>RUSSEL H. BEATIE<br><br>*[signature: Russell Beatie]*<br><br>521 Fifth Avenue, 34th Floor<br>New York, New York 10175<br>(212) 888-9000<br><br>*Attorneys for Plaintiffs* | EISEMAN LEVINE LEHRHAUPT &<br>KAKOYIANNIS, P.C.<br><br>*[signature]*<br>By: Eric R. Levine (EL 7677)<br><br>805 Third Avenue, 10th Floor<br>New York, New York 10022<br>(212) 752-1000<br><br>*Counsel for Lerach Coughlin Stoia*<br>*Geller Rudman & Robbins LLP* |

IT IS SO ORDERED.

DATED: September 26, 2007

*[signature]*
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE