```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 9/28/07
```

|  |  |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, On Behalf of Themselves and All Others Similarly Situated, | : Civil Action No. 07-CV-6950 : : STIPULATION AND [~~PROPOSED~~] : ORDER : EXTENDING TIME TO ANSWER, : MOVE OR OTHERWISE RESPOND |
| Plaintiffs, | : |
| vs. | : |
| MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15, | : : : : : |
| Defendants. | : |

WHEREAS on August 2, 2007, plaintiffs Linda Marshall, Ben Dampios, Al Spilloway, Bernie Apotheker, Harry Esposito and Brent Wentz ("Plaintiffs") filed a class action complaint (the "Complaint") against defendants Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), Melvyn I. Weiss, David J. Bershad, Steven G. Schulman, and Does 1 Through 15 ("Defendants");

WHEREAS on August 24, 2007, Milberg Weiss and Melvyn I. Weiss were granted an extension of time until September 26, 2007 to answer, move or otherwise respond to the Complaint;

WHEREAS on August 23, 2007, Plaintiffs and Lerach Coughlin recited in a stipulation dated August 23, 2007 that they will, as soon as all parties have appeared in this action, agree to a schedule that places all Defendants on the same schedule with respect to their time to answer, move or otherwise respond to the Complaint;

WHEREAS Plaintiffs, Milberg Weiss and Melvyn I. Weiss have stipulated that they will, as soon as all parties have appeared in this action, agree to a schedule that places all Defendants on the same schedule with respect to their time to answer, move or otherwise respond to the Complaint; and

WHEREAS certain Defendants' time to answer, move or otherwise respond to the Complaint has been extended until October 30, 2007;

IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that:

The time for defendants Milberg Weiss and Melvyn I. Weiss to answer, move or otherwise respond to the Complaint is extended until October 30, 2007.

| BEATIE AND OSBORN LLP | GREGORY P. JOSEPH LAW OFFICES LLC |
|---|---|
| *Russell H. Beatie* (signature) | (signature) |
| Daniel Adam Osborn | Gregory P. Joseph |
| Russel H. Beatie | 485 Lexington Avenue, 30th Floor |
| 521 Fifth Avenue, 34th Floor | New York, NY 10017 |
| New York, NY 10175 | (212) 407-1200 |
| (212) 888-9000 | Fax: (212) 407-1280 |
| Fax: (212) 888-9664 | *Attorneys for Defendants Milberg Weiss* |
| *Attorneys for Plaintiffs* | *and Melvyn I. Weiss* |

• • •

**ORDER**

IT IS SO ORDERED.

DATED: September 28, 2007   *Loretta A. Preska* (signature)
Hon. Loretta A. Preska
United States District Judge

2