Eric R. Levine (EL 7677)
Eric P. Heichel (EH 9940)
Jonathan Marquet (JM 0317)
Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant*
*Lerach Coughlin Stoia Geller Rudman*
*& Robbins LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

                v.

MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN G.
SCHULMAN, DOES 1 THROUGH 15,

                Defendants.

-------------------------------------------------------------x

Civ. No. 07-CV-6950 (LAP)

**NOTICE**
**OF MOTION**

S I R S :

PLEASE TAKE NOTICE that upon the annexed Declaration of Eric R. Levine, dated October 30, 2007, and the exhibits thereto, and the accompanying Defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP's Memorandum of Law In Support of Its Motion to Dismiss the Class Action Complaint, dated October 30, 2007, and all prior pleadings, defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP

will move this Court before the Honorable Loretta A. Preska, at the United States Courthouse, 40 Centre Street, New York, New York, on a date to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12 (b) (6), dismissing the class action complaint in this action in its entirety as against defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

Dated: New York, New York
October 30, 2007

EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.

By: _____
Eric R Levine (EL 7677)
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP*

TO:

BEATIE AND OSBORN LLP
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175
(212) 888- 9000
*Attorneys for Plaintiffs*

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph
485 Lexington Ave, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I. Weiss and Milberg Weiss Bershad & Schulman LLP*

STERN & KILCULLEN, LLC
Jeffrey Speiser
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-2606
*Attorneys for Defendant Steven G. Schulman*

PATTON BOGGS LLP
Christopher M. DiMuro (CD 3380)
Robert D. Luskin
1675 Broadway, 31st Floor
New York, NY 10019
(646) 557-5100
*Attorneys for Defendant David J. Bershad*

ANDREW M. LAWLER, P.C.
Andrew M. Lawler
641 Lexington Avenue, 27th Floor
New York, NY 10022
(212) 832-3160
*Attorneys for Defendant David J. Bershad*