# EXHIBIT C

## State of California
### Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

OCT 2 6 2007

*Debra Bowen*

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)                                                                 OSP 06 99733



# State of California
# Kevin Shelley
## Secretary of State

File # 20 2004098003

**FILED** AG
in the office of the Secretary of State
of the State of California

APR - 2 2004

KEVIN SHELLEY, SECRETARY OF STATE

**REGISTERED LIMITED LIABILITY PARTNERSHIP REGISTRATION**

A $70.00 filing fee must accompany this form.
IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

1. Name of the registered limited liability partnership or foreign limited liability partnership:
   (End the name with the word "Registered Limited Liability Partnership" or "Limited Liability Partnership" or one of the abbreviations "L.L.P.", "LLP", "R.L.L.P.", or "RLLP.")
   Lerach Coughlin Stoia & Robbins LLP

2. [X] Domestic (California)   OR   [ ] Foreign (Not in California)   3. Jurisdiction California

4. Address of the principal office: 401 B Street, Suite 1700,   City: San Diego,   State: CA   Zip Code: 92101

5. Name the agent for service of process in this state and check the appropriate provision below:
   John J. Stoia, Jr. _____ which is
   [X] an individual residing in California. Proceed to item 6.
   [ ] a corporation which has filed a certificate pursuant to California Corporations Code Section 1505. Proceed to item 7.

6. If an individual, California address of the agent for service of process:
   Address 401 B Street, Suite 1700
   City San Diego   State CA   Zip Code 92101

7. Indicate the business in which the limited liability partnership shall engage: (check one)
   [ ] Practice of Architecture         [ ] Practice of Public Accountancy
   [X] Practice of Law                  [ ] Related: _____

8. Indicate whether the limited liability partnership is complying with the alternative security provisions (California Corporations Code 16956[c]):   [ ] Yes. Attach Alternative Security Provision (LLP-3)   [X] No

9. Future Effective Date, if any   Month May   Day 1   Year 2004

10. Other matters to be included in this registration may be set forth on separate attached pages and are made a part of this registration. Total number of pages attached, if any:

11. **Declaration:** By filing this Registered Limited Liability Partnership (LLP-1) with the Secretary of State, the partnership named above is registering as a domestic registered limited liability partnership or foreign limited liability partnership. (DO NOT ALTER THIS STATEMENT) Further, I declare that I am the person who executed this instrument, which execution is my act and deed.

    _____          John J. Stoia, Jr.
    Signature of Authorized Partner/Person    Partner                    4/1/04
                                              Type or Print Name of Authorized Partner/Person   Date

12. **RETURN TO:**
    NAME: John J. Stoia, Jr., Esq.
    FIRM: Lerach Coughlin Stoia & Robbins LLP
    ADDRESS: 401 B Street, Suite 1700
    CITY/STATE: San Diego, CA
    ZIP CODE: 92101

SEC/STATE (REV. 12/2003)                    FORM LLP-1 – FILING FEE $70
                                            Approved by Secretary of State
6540-1\11260126



# State of California
## Secretary of State

## LIMITED LIABILITY PARTNERSHIP AMENDMENT TO REGISTRATION

A $30.00 filing fee must accompany this form
IMPORTANT – Read instructions before completing this form.

**FILED** in the office of the Secretary of State of the State of California

**AUG 3 1 2007**

This Space For Filing Use Only

1. Secretary of State File Number: 202004098003
2. Name of registered limited liability partnership or foreign limited liability partnership: Lerach Coughlin Stoia Geller Rudman & Robbins LLP

3. COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED IF NECESSARY.

   A. Registered limited liability partnership or foreign limited liability partnership name.
   Coughlin Stoia Geller Rudman & Robbins LLP

   B. The address of the principal office:
   Address
   City    State    Zip Code

   C. The name of the Agent for Service of Process.

   D. If an individual, California address of the Agent for Service of Process:
   Address
   City    State CA    Zip Code

   E. The business in which the limited liability partnership shall engage: (Check One)
   ☐ Practice of Architecture    ☐ Practice of Public Accountancy
   ☐ Practice of Law    ☐ Related _____

   F. Indicate whether the limited liability partnership is complying with the alternative security provisions.
   ☐ YES. Attach Alternative Security Provision (LLP-3).    ☐ NO

   G. Other matters to be included in this Amendment to Registration. Attach additional pages, if necessary.

4. Total number of pages attached, if any:

5. Declaration: It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

   _____    John J. Stoia, Jr., Partner    7/23/07
   Signature of Authorized Partner    Type or Print Name of Authorized Partner    Date

   _____    _____
   Signature of Authorized Partner    Type or Print Name of Authorized Partner    Date

6. RETURN TO:
   NAME: Jeffrey A. O'Connell, Esq.
   FIRM: Shartsis Friese LLP
   ADDRESS: One Maritime Plaza, 18th Floor
   CITY/STATE: San Francisco, CA
   ZIP CODE: 94111-3598

SEC/STATE (REV. 03/2005)    FORM LLP-2 FILING FEE: $30.00
Approved by Secretary of State

6540-02\1447608

# State of California
## Secretary of State

## CERTIFICATE OF FILING
## OF NAME CHANGE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **31st day of August, 2007,** there was filed in this office an amendment whereby the Limited Liability Partnership name of **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP,** a(n) limited liability partnership, was changed to: **COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP.**

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of October 26, 2007.



**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

ch
OSP 06 99731