# EXHIBIT G

EFiled: May 6 2004 4:03PM EDT
Filing ID 3538122

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

---------------------------------------------------------------- x
IN RE US ONCOLOGY, INC.               :   CONSOLIDATED
SHAREHOLDERS LITIGATION               :   C.A. NO. 324-N
---------------------------------------------------------------- x

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:  The Register in Chancery and All Parties of Record:

**PLEASE TAKE NOTICE THAT** the law firm Milberg Weiss Bershad Hynes & Lerach LLP has changed its name to Milberg Weiss Bershad & Schulman LLP. The office address and telephone and facsimile numbers remain the same.

DATED: May 6, 2004                    Respectfully submitted,

                                      **MILBERG WEISS BERSHAD &
                                      SCHULMAN LLP**

                                      By:  /s/ Seth D. Rigrodsky
                                      Steven G. Schulman
                                      Seth D. Rigrodsky (DSBA No. 3147)
                                      919 N. Market Street, Suite 411
                                      Wilmington, DE  19801
                                      (302) 984-0597
                                            -- and--
                                      One Pennsylvania Plaza
                                      New York, NY 10119
                                      (212) 594-5300

                                      **Attorneys for Plaintiff**