# EXHIBIT H

EFiled: May 13 2004 4:02PM EDT
Filing ID 3574463

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

------------------------------------------------------x
IN RE BARNESANDNOBLE.COM, INC.    :    CONSOLIDATED
SHAREHOLDER LITIGATION             :    C.A. NO. 042-N
------------------------------------------------------x

### NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Register in Chancery and
      All Parties of Record

**PLEASE TAKE NOTICE** that the law firm Milberg Weiss Bershad Hynes & Lereach LLP has changed its name to *Milberg Weiss Bershad & Schulman LLP*. The office address, telephone and facsimile numbers remain the same.

                                        ROSENTHAL, MONHAIT, GROSS
                                        & GODDESS, P.A.

                                        By: /s/ Carmella P. Keener
                                        Carmella P. Keener (DSBA No. 2810)
                                        919 Market Street, Suite 1401
                                        P.O. Box 1070
                                        Wilmington, DE 19899
                                        (302) 656-4433

                                        One of Plaintiffs' Liaison Counsel

OF COUNSEL:

MILBERG, WEISS, BERSHAD,
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300