Eric R. Levine (EL 7677)
Eric P. Heichel (EH 9940)
Jonathan Marquet (JM 0317)
Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue
New York, NY 10022
212-752-1000
*Attorneys for Defendant*
*Lerach Coughlin Stoia Geller Rudman*
 *& Robbins LLP*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf
of themselves and all others similarly situated,

      Plaintiffs,   Civil Action No. 07-CV-6950 (LAP)

  - against -

MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

      Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  Annamarie Cerbone, being duly sworn, deposes and says:

  I am employed by Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., attorneys for defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I am over the age of eighteen years and not a party to this action.

On the 30th day of October 2007, I caused true and correct copies of (i) defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP's Notice of Motion, dated October 30, 2007, with annexed Declaration of Eric R. Levine, dated October 30, 2007, and the exhibits thereto, and (ii) the accompanying Memorandum of Law In Support of Its Motion to Dismiss the Class Action Complaint, dated October 30, 2007, to be served on the following attorneys for the parties, via the overnight carrier Federal Express, at the addresses designated by them for that purpose, to wit:

BEATIE AND OSBORN LLP
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175
*Attorneys for Plaintiffs*

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph
485 Lexington Ave, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I. Weiss and Milberg Weiss Bershad & Schulman LLP*

STERN & KILCULLEN, LLC
Jeffrey Speiser
75 Livingston Avenue
Roseland, New Jersey 07068
*Attorneys for Defendant Steven G. Schulman*

PATTON BOGGS LLP
Christopher M. DiMuro (CD 3380)
Robert D. Luskin
1675 Broadway, 31st Floor
New York, NY 10019
(646) 557-5100
*Attorneys for Defendant David J. Bershad*

ANDREW M. LAWLER, P.C.
Andrew M. Lawler
641 Lexington Avenue, 27th Floor
New York, NY 10022
*Attorneys for Defendant David J. Bershad*

*Sworn to before me this*
*30th day of October 2007*

_____
NOTARY PUBLIC

_____
ANNAMARIE CERBONE