UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf
of themselves and all others similarly
situated,

                Plaintiffs,

  vs.                      Civil Action No. 07 CV 6950(LAP)

MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Motion to Intervene and for Stay of All Proceedings, the United States will move this Court, on a date and time to be set by the Court, before the Honorable Loretta A. Preska, on the 12th Floor of the United States Courthouse at 500 Pearl Street, New York, New York, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for

intervention for the purpose of seeking a stay of all proceedings.

Dated:     February 28, 2008

                                      THOMAS P. O'BRIEN
United States Attorney
Central District of California
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, New York 10007
(Local Counsel)