```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINDA MARSHALL, BEN DAMPIOS,
AL SPILLOWAY, BERNIE APOTHEKER,
HARRY ESPOSITO and BRENT WENTZ,
on behalf of themselves and all
others similarly situated,

         Plaintiffs,

vs.

MILBERG WEISS BERSHAD & SCHULMAN LLP,
LERACH COUGLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVIN I. WEISS,
DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

         Defendants.
------------------------------------------------------------X

07 CV 6950(LAP)

STIPULATION AND ORDER
FOR SUBSTITUTION OF
ATTORNEYS

    IT IS HEREBY CONSENTED THAT Davidoff Malito & Hutcher LLP of 605 Third Avenue, New York, New York 10158 be substituted as attorneys of record for defendant Steven G. Schulman in the above entitled action in place and in stead of Stern & Kilcullen, LLC, 75 Livingston Avenue, Roseland, NJ 07068.

    IT IS FURTHER AGREED that facsimile or electronic signatures shall be deemed originals herein and this Stipulation may be signed in counterparts and filed without further

00371478

notice with the Clerk of the Court.

Dated: New York, New York
       March 3, 2008

DAVIDOFF MALITO & HUTCHER LLP

By: _____
    Peter M. Ripin
    605 Third Avenue, 34th Floor
    New York, New York 10158
    (212) 557-7200

    _____
    STEVEN G. SCHULMAN

STERN & KILCULLEN, LLC

By: _____
    Jeffrey Speiser
    75 Livingston Avenue
    Rosedale, New Jersey 07068
    (973) 535-1900

SO ORDERED:

_Loretta A. Preska_
U.S.D.J.

March 10, 2008

00371478                                    2

notice with the Clerk of the Court.

Dated: New York, New York
       March 3, 2008

DAVIDOFF MALITO & HUTCHER LLP

By: _____
    Peter M. Ripin
    605 Third Avenue, 34th Floor
    New York, New York 10158
    (212) 557-7200

STERN & KILCULLEN, LLC

By: _____
    Jeffrey Speiser
    75 Livingston Avenue
    Rosedale, New Jersey 07068
    (973) 535-1900

_____
STEVEN G. SCHULMAN

SO ORDERED:

_____
U.S.D.J.