UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, On Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15, <br><br> *Defendants.* | Civil Action No. 07-cv-6950 (LAP) <br> ECF Case |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of defendants Milberg Weiss LLP (formerly Milberg Weiss Bershad & Schulman LLP) and Melvyn I. Weiss, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: March 14, 2008

                                                 GREGORY P. JOSEPH LAW OFFICES

                                                 Gregory P. Joseph (GJ-1210)
                                                 (gjoseph@josephnyc.com)
                                                 485 Lexington Avenue, 30th Floor
                                                 New York, NY 10017
                                                 Telephone: 212-407-1200
                                                 Fax: 212-407-1280
                                                 *Attorneys for Defendants Milberg Weiss LLP and Melvyn I. Weiss*