**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, On Behalf of Themselves and All Others Similarly Situated, | )<br>)<br>)<br>)<br>) Civil Action No. 07-cv-6950 (LAP)<br>) ECF Case<br>) |
| *Plaintiffs,* | )<br>) |
| vs. | )<br>) |
| MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of defendants Milberg Weiss LLP (formerly Milberg Weiss Bershad & Schulman LLP) and Melvyn I. Weiss, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: March 14, 2008

GREGORY P. JOSEPH LAW OFFICES

Douglas J. Pepe (DP-1230)
(dpepe@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: 212-407-1200
Fax: 212-407-1284
*Attorneys for Defendants Milberg Weiss LLP and Melvyn I. Weiss*