UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-cv-6950 (LAP)<br>ECF Case |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance in this matter on behalf of defendants Milberg Weiss LLP (formerly Milberg Weiss Bershad & Schulman LLP) and Melvyn I. Weiss, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: March 14, 2008

                                      GREGORY P. JOSEPH LAW OFFICES

                                      */s/ Sandra M. Lipsman*
                                      Sandra M. Lipsman
                                      (slipsman@josephnyc.com)
                                      485 Lexington Avenue, 30th Floor
                                      New York, NY 10017
                                      Telephone: 212-407-1200
                                      Fax: 212-407-1281
                                      *Attorneys for Defendants Milberg Weiss LLP and Melvyn I. Weiss*