UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVIN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15,<br><br>Defendants. | Civil Action No.: 07 CV 6950 (LAP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance in this case as counsel of record for defendant David J. Bershad, and requests that all papers be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: March 14, 2008

Christopher M. DiMuro (CD4149)

PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
Telephone: (646) 557-5100
Facsimile: (646) 557-5101
E-mail: cdimuro@pattonboggs.com

*Attorneys for Defendant David J. Bershad*