## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2008, a copy of the foregoing **Notice of Appearance** was served upon all counsel of record through the Court's ECF system and by Federal Express overnight delivery service, to the following:

Stanley J. Okula, Jr., Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
(212) 637-1585

Richard E. Robinson, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
312 North Spring Street
Los Angeles, California 90012
(213) 894-0713

Russel H. Beatie, Esq.
Daniel A. Osborn, Esq.
Beatie & Osborn LLP
521 Fifth Avenue, Suite 3400
New York, New York 10175
(212) 888-9000
*Attorneys for Plaintiffs*

Eric R. Levine
Eric P. Heichel
Eisenman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant
Lerach Coughlin Stoia Geller Rudman & Robbins LLP*

Gregory P. Joseph
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I Weiss and*
*Milberg Weiss Bershad & Schulman LLP*

Peter M. Ripin
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158
*Attorneys for Defendant Steven G. Schulman*

By: _____
Christopher M. DiMuro (CD4149)