## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, a copy of the foregoing Defendant David J. Bershad's Memorandum of Law in Response to Plaintiffs' Partial Opposition to the Government's Motion to Intervene and Stay All Proceedings was served upon all counsel of record through the Court's ECF system and by Federal Express overnight delivery, to the following:

Stanley J. Okula, Jr., Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
(212) 637-1585

Richard E. Robinson, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
312 North Spring Street
Los Angeles, California 90012
(213) 894-0713

Russel H. Beatie, Esq.
Daniel A. Osborn, Esq.
Beatie & Osborn LLP
521 Fifth Avenue, Suite 3400
New York, New York 10175
(212) 888-9000
*Attorneys for Plaintiffs*

Eric R. Levine
Eric P. Heichel
Eisenman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant*
*Lerach Coughlin Stoia Geller Rudman & Robbins LLP*

Gregory P. Joseph
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
(212) 407-1200
*Attorneys for Defendants Melvyn I Weiss and*
*Milberg Weiss Bershad & Schulman LLP*

Peter M. Ripin
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158
*Attorneys for Defendant Steven G. Schulman*

/s/ Christopher M. DiMuro
Christopher M. DiMuro (CD4149)