UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, on behalf of themselves and all others similarly situated, | 07 cv 6950 (LAP) |
| | **NOTICE OF APPEARANCE** |

Plaintiffs,

- against -

MILBERG WEISS BERSHAD & SCHULMAN LLP,
LERACH COUGLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVIN I. WEISS,
DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendant, Steven G. Schulman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       March 18, 2008

DAVIDOFF MALITO & HUTCHER LLP

By: _____
Larry Hutcher (LKH 8327)
(lkh@dmlegal.com)
Attorneys for defendant – Steven G. Schulman
605 Third Avenue, 34th Floor
New York, New York 10158
212-557-7200

00372068