UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, on behalf of themselves and all others similarly situated, | 07 cv 6950 (LAP)<br><br>**NOTICE OF APPEARANCE** |

                      Plaintiffs,

      - against -

MILBERG WEISS BERSHAD & SCHULMAN LLP,
LERACH COUGLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVIN I. WEISS,
DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

                      Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendant, Steven G. Schulman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       March 19, 2008

                                                  DAVIDOFF MALITO & HUTCHER LLP

                                                  By: _____
                                                       Mark E. Spund (MES4705)
                                                       (mes@dmlegal.com)
                                                       Attorneys for defendant – Steven G. Schulman
                                                       605 Third Avenue, 34th Floor
                                                       New York, New York 10158
                                                       212-557-7200

80047054