UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA MARSHALL, BEN DAMPIOS, AL
SPILLOWAY, BERNIE APOTHEKER, HARRY
ESPOSITO and BRENT WENTZ, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

        v.

MILBERG WEISS BERSHAD & SCHULMAN
LLP, LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVYN I.
WEISS, DAVID J. BERSHAD, and STEVEN G.
SCHULMAN, DOES 1 THROUGH 15,

        Defendants.

------------------------------------------------------------x

Civ. No. 07-CV-6950 (LAP)

**RESPONSE OF STEVEN
G. SCHULMAN TO
THE UNITED STATES'
MOTION FOR A STAY
AND PLAINTIFF'S
PARTIAL OPPOSITION**

Defendant, Steven G. Schulman ("Schulman") does not oppose the Government's Motion to Intervene and Stay All Proceedings pending resolution of related criminal prosecutions in the United States District Court for the Central District of California and joins in the request for a stay of all proceedings in the instant action.

Schulman also has no objection to plaintiffs filing an amended complaint pursuant to Federal Rules of Civil Procedure 15(a)(1)(A), provided the amended complaint constitutes plaintiff's one amendment as a matter of course.

Schulman opposes however, all of plaintiff's remaining "exceptions" to the Government's request for a stay including (a) requiring Defendants to answer the amended complaint; (b) permitting plaintiffs to serve written discovery and (c) requiring defendants to respond to the written discovery five days after lifting the stay.

80047052

Schulman respectfully refers the Court to the Memorandum of Law submitted by defendant David J. Bershad in response to Plaintiffs' partial opposition to the Government's Motion to Intervene and Stay all Proceedings and joins in the arguments contained therein.

Dated: March 19, 2008

        Respectfully submitted,

        DAVIDOFF MALITO & HUTCHER LLP

By: _____
    Mark E. Spund (MES 4705)
    (mes@dmlegal.com)
    Attorneys for defendant– Steven G. Schulman
    605 Third Avenue, 34th Floor
    New York, New York 10158
    212-557-7200

80047052

TO:

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Stanley J. Okula, Jr.
Assistant United States Attorney
300 Quarropas Street
White Plaints, New York 10601
(212) 637-1585

THOMAS P. O'BRIEN
United States Attorney
Central District of California
Richard E. Robinson
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angels, California 90012
(213) 894-0713

BEATIE AND OSBORN LLP
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175
(212) 888- 9000
*Attorneys for Plaintiffs*

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph
485 Lexington Ave, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I. Weiss and
Milberg Weiss Bershad & Schulman LLP*

PATTON BOGGS LLP
Christopher M. DiMuro (CD 3380)
Robert D. Luskin
1675 Broadway, 31st Floor
New York, NY 10019
(646) 557-5100
*Attorneys for Defendant David J. Bershad*

80047052

ANDREW M. LAWLER, P.C.
Andrew M. Lawler
641 Lexington Avenue, 27th Floor
New York, NY  10022
(212) 832-3160
*Attorneys for Defendant David J. Bershad*

EISEMAN LEVINE LEHRHAUPT
 & KAKOYIANNIS P.C.
Eric R. Levine
805 Third Ave.
New York, New York  10022
(212) 752-1000
*Attorneys for Defendant*
*Lerach, Coughlin, Stoio, Geller,*
  *Rudman & Robbins, LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
: 
LINDA MARSHALL, BEN DAMPIOS, AL :
SPILLOWAY, BERNIE APOTHEKER, HARRY : Civ. No. 07-CV-6950 (LAP)
ESPOSITO and BRENT WENTZ, on behalf of :
themselves and all others similarly situated, :
: 
Plaintiffs, :
: 
v. :
: AFFIDAVIT OF SERVICE
MILBERG WEISS BERSHAD & SCHULMAN :
LLP, LERACH COUGHLIN STOIA GELLER :
RUDMAN & ROBBINS LLP, MELVYN I. :
WEISS, DAVID J. BERSHAD, and STEVEN G. :
SCHULMAN, DOES 1 THROUGH 15, :
: 
Defendants. :
: 
----------------------------------------------------------------x

STATE OF NEW YORK      )
                                           ss.
COUNTY OF NASSAU      )

        LAURA J. CAVALLO, being duly sworn, deposes and says:

        I am employed by the law firm of Davidoff Malito & Hutcher LLP, attorneys for Defendants. I am over the age of 18 years, I reside in Nassau County, New York, and I am not a party to this action.

        On March 19, 2008, I served the within Response of Steven G. Schulman To The United States' Motion for a Stay and Plaintiff's Partial Opposition, via Federal Express, next day delivery, by depositing a true copy of same, enclosed in a pre-paid Federal Express wrapper, in an official depository under the exclusive care and custody of Federal Express, at the addresses set forth on the pages hereto attached.

                                                          LAURA J. CAVALLO

Sworn to before me this
19th day of March, 2008.

_____
Notary Public

MARGARET C. FIORILLO
Notary Public, State of New York
No. 30-4671525
Qualified in Nassau County
Commission Expires Oct. 31, 2010

80047065

TO:

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Stanley J. Okula, Jr.
Assistant United States Attorney
300 Quarropas Street
White Plaints, New York 10601
(212) 637-1585

THOMAS P. O'BRIEN
United States Attorney
Central District of California
Richard E. Robinson
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angels, California 90012
(213) 894-0713

BEATIE AND OSBORN LLP
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175
(212) 888- 9000
*Attorneys for Plaintiffs*

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph
485 Lexington Ave, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I. Weiss and
Milberg Weiss Bershad & Schulman LLP*

PATTON BOGGS LLP
Christopher M. DiMuro (CD 3380)
Robert D. Luskin
1675 Broadway, 31st Floor
New York, NY 10019
(646) 557-5100
*Attorneys for Defendant David J. Bershad*

80047052

ANDREW M. LAWLER, P.C.
Andrew M. Lawler
641 Lexington Avenue, 27th Floor
New York, NY 10022
(212) 832-3160
*Attorneys for Defendant David J. Bershad*

EISEMAN LEVINE LEHRHAUPT
 & KAKOYIANNIS P.C.
Eric R. Levine
805 Third Ave.
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant
Lerach, Coughlin, Stoio, Geller,
 Rudman & Robbins, LLP*

80047052

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 v 6950 (LAP

---

LINDA MARSHALL, BEN DAMPIOS,
AL SPILLOWAY, BERNIE APOTHEKER,
HARRY ESPOSITO and BRENT WENTZ,
others similarly situated,

Plaintiffs,

- against -

MILBERG WEISS BERSHAD & SCHULMAN LLP,
LERACH COUGLIN STOIA GELLER
RUDMAN & ROBBINS LLP, MELVIN I. WEISS,
DAVID J. BERSHAD, and STEVEN
G. SCHULMAN, DOES 1 THROUGH 15,

Defendants.

---

## RESPONSE OF STEVEN G. SCHULMAN TO THE UNITED STATES' MOTION FOR A STAY AND PLAINTIFF'S PARTIAL OPPOSITION

---

DAVIDOFF MALITO & HUTCHER LLP
Attorneys for Defendant Steven G. Schulman
605 Third Avenue, 34th Floor
New York, New York 10158
(212) 557-7200

80047061