UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>            *Plaintiffs,*<br><br>vs.<br><br>MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15,<br><br>            *Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-cv-6950 (LAP)<br>) ECF Case<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of defendants Milberg Weiss LLP (formerly Milberg Weiss Bershad & Schulman LLP) and Melvyn I. Weiss, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: March 20, 2008

                                    GREGORY P. JOSEPH LAW OFFICES

                                    _____
                                    Jeffrey H. Zaiger
                                    (jzaiger@josephnyc.com)
                                   485 Lexington Avenue, 30th Floor
                                   New York, NY 10017
                                   Telephone: 212-407-1200
                                   Fax: 212-407-1281
                                   *Attorneys for Defendants Milberg Weiss LLP and Melvyn I. Weiss*