Eric R. Levine (EL 7677)
Eric P. Heichel (EH 9940)
Jonathan Marquet (JM 0317)
Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Defendant*
*Lerach Coughlin Stoia Geller Rudman*
*& Robbins LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

LINDA MARSHALL, BEN DAMPIOS, AL SPILLOWAY, BERNIE APOTHEKER, HARRY ESPOSITO and BRENT WENTZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MILBERG WEISS BERSHAD & SCHULMAN LLP, LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, MELVYN I. WEISS, DAVID J. BERSHAD, and STEVEN G. SCHULMAN, DOES 1 THROUGH 15,

Defendants.

------------------------------------------------------------------x

Civ. No. 07-CV-6950 (LAP)

**RESPONSE AND OBJECTION OF THE COUGHLIN FIRM TO THE STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO ANSWER, MORE OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Lerach Coughlin Stoia Geller Rudman & Robbins LLP (the "Coughlin Firm") hereby responds and objects to the Stipulation and [Proposed] Order Extending the Time to Answer, Move or Otherwise Respond to Complaint, filed March 27, 2008 and refiled March 28, 2008 (the "Stipulation and Proposed Order").

The Stipulation and Proposed Order sets forth an agreement among certain parties to this litigation regarding plaintiffs' right to file an Amended Complaint and setting forth when defendants would have to respond to that Amended Complaint.  The Coughlin Firm is not a party to this agreement and was not consulted on the terms of the Stipulation and Proposed Order before it was filed.  Because the Stipulation and Proposed Order is at odds with the Stipulation – signed by the plaintiffs – So Ordered by this Court on October 30, 2007 (the "October 30 Stipulation and Order") and with filings made by all the parties in connection with the motion of the United States to intervene in these proceedings and have them stayed dated February 28, 2008 (the "Motion to Stay"), the Coughlin Firm must object to certain language in the Stipulation and Proposed Order, unless it is clarified to bring it in line with previous proceedings in this action.

As allowed by the Stipulation that was So Ordered by this Court on October 30, 2007, the Coughlin Firm on October 30, 2007 filed a motion to dismiss this action as against the Coughlin Firm only, on grounds unique to the Coughlin Firm.  Plaintiffs responded to that motion, briefing was completed and the motion remains *sub judice*.  In connection with the Motion to Stay, filings made by certain parties expressly stated that the Motion to Stay was not intended to modify the October 30 Stipulation and Order and that the parties believed that the Coughlin Firm's motion to dismiss the original complaint should go forward to decision.  *See* Memorandum of Law of the United States in support of the Motion to Intervene and Stay at p. 19; Response of Milberg Weiss LLP and Melvyn I. Weiss To Plaintiffs' Partial Opposition To The Government's Motion To Intervene And Stay All Proceedings, dated March 14, 2008, at p. 2.  All other parties

2

were merely silent on the question -- no party argued that the Coughlin Firm's motion should be superseded by an amended complaint.

The Stipulation and Proposed Order provides in paragraph 1 that plaintiffs will file and Amended Complaint, and in paragraph 2 sets forth a schedule for defendants to respond to that Amended Complaint. These provisions do not distinguish between the various defendants. The Coughlin Firm did not agree to these provision and objects to application of them to the Coughlin Firm. The motion to dismiss the original complaint filed by the Coughlin Firm, which was on grounds unique to the Coughlin Firm and would not be superseded or affected by the Amended Complaint, should go forward to decision by this Court. Any question regarding an Amended Complaint applied to the Coughlin Firm, which the Coughlin Firm opposes, should await decision on the Coughlin Firm's motion to dismiss the original complaint, which the Coughlin Firm requested be dismissed with prejudice and without leave to replead. The Coughlin Firm requests that the Court modify the provisions of the Stipulation and Proposed Order to reflect that the Coughlin Firm's motion to dismiss the original complaint be modified to clarify that the Coughlin Firm's motion to dismiss may go forward to decision by this Court, and that that decision will control the right of plaintiffs to assert any Amended Complaint against the Coughlin Firm.

Dated: New York, New York  
       March 28, 2008

EISEMAN LEVINE LEHRHAUPT  
 & KAKOYIANNIS, P.C.

By:   /s/                          
     Eric R Levine (EL 7677)  
     805 Third Avenue  
     New York, New York 10022  
     (212) 752-1000  
*Attorneys for Defendant Lerach Coughlin*  
*Stoia Geller Rudman & Robbins LLP*

TO:

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Stanley J. Okula, Jr.
Assistant United States Attorney
300 Quarropas Street
White Plaints, New York 10601
(212) 637-1585

THOMAS P. O'BRIEN
United States Attorney
Central District of California
Richard E. Robinson
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angels, California 90012
(213) 894-0713

BEATIE AND OSBORN LLP
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175
(212) 888- 9000
*Attorneys for Plaintiffs*

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph
485 Lexington Ave, 30th Floor
New York, New York 10017
*Attorneys for Defendants Melvyn I. Weiss and
Milberg Weiss Bershad & Schulman LLP*

STERN & KILCULLEN, LLC
Jeffrey Speiser
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-2606
*Attorneys for Defendant Steven G. Schulman*

4

PATTON BOGGS LLP
Christopher M. DiMuro (CD 3380)
Robert D. Luskin
1675 Broadway, 31st Floor
New York, NY  10019
(646) 557-5100
*Attorneys for Defendant David J. Bershad*

ANDREW M. LAWLER, P.C.
Andrew M. Lawler
641 Lexington Avenue, 27th Floor
New York, NY  10022
(212) 832-3160
*Attorneys for Defendant David J. Bershad*