USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
LINDA MARSHALL et al.,              :      07 Civ. 6950 (LAP)
:
        Plaintiffs,          :
:      ORDER
  v.                                :
:
MILBERG WEISS BERHSAD & SCHULMAN    :
LLP, et al.,                        :
:
        Defendants.          :
:
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.:

    The Government's unopposed motion to intervene is GRANTED.

    The Government's unopposed motion to stay all proceedings (dkt. no. 23) is GRANTED in light of the pending criminal proceedings. (See Pl.'s Mem. at 3.) ("[P]laintiffs consent to a reasonable stay in this case.")

    Counsel shall confer and inform the Court by letter no later than May 30 of the status of the criminal proceedings.

SO ORDERED:

Dated:   New York, New York
        March 31, 2008

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.