UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
LINDA MARSHALL, BEN DAMPIOS, )
AL SPILLOWAY, BERNIE APOTHEKER, )
HARRY ESPOSITO and BRENT WENTZ, )
on behalf of themselves and all )
others similarly situated, )
                                                   )
Plaintiffs, )
                                                   )
v.                                                                 )    Civil Action No.: 07 CV 6950 (LAP)
                                                   )
MILBERG WEISS BERSHAD & SCHULMAN )    **MOTION TO ADMIT COUNSEL**
LLP, LERACH COUGHLIN STOIA GELLER )    ***PRO HAC VICE***
RUDMAN & ROBBINS LLP, MELVIN I. )
WEISS, DAVID J. BERSHAD, and STEVEN G. )
SCHULMAN, DOES 1 THROUGH 15, )
                                                   )
Defendants. )
---------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Christopher M. DiMuro, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Robert D. Luskin
        Patton Boggs LLP
        2550 M Street, N.W.
        Washington, DC 20037
        Telephone: (202) 457-6190
        Facsimile: (202) 457-6315
        rluskin@pattonboggs.com

Robert D. Luskin is a member in good standing of the District of Columbia Bar. There are no pending disciplinary proceedings against Robert D. Luskin in any State or Federal court.

Date:   April 10, 2008
        Newark, New Jersey

Respectfully submitted,

_____
Christopher M. DiMuro
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
Telephone: (646) 557-5100
Facsimile: (646) 557-5101
E-mail: cdimuro@pattonboggs.com
*Attorneys for Defendant David J. Bershad*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
LINDA MARSHALL, BEN DAMPIOS, )
AL SPILLOWAY, BERNIE APOTHEKER, )
HARRY ESPOSITO and BRENT WENTZ, )
on behalf of themselves and all )
others similarly situated, )
                                                    )
Plaintiffs, )
                                                    )
v.                                                  )    Civil Action No.: 07 CV 6950 (LAP)
                                                    )
MILBERG WEISS BERSHAD & SCHULMAN )   **AFFIDAVIT OF CHRISTOPHER**
LLP, LERACH COUGHLIN STOIA GELLER )  **M. DIMURO IN SUPPORT**
RUDMAN & ROBBINS LLP, MELVIN I. )    **MOTION TO ADMIT COUNSEL**
WEISS, DAVID J. BERSHAD, and STEVEN G. ) ***PRO HAC VICE***
SCHULMAN, DOES 1 THROUGH 15, )
                                                    )
Defendants. )
---------------------------------------------------------------X

State of New York   )
                    )  ss:
County of New York  )

Christopher M. DiMuro, being duly sworn, hereby deposes and says as follows:

1.  I am Christopher M. DiMuro, counsel for Defendant David J. Bershad in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Bershad's motion to admit Robert D. Luskin as counsel *pro hac vice* to represent Defendant Bershad in this matter.

2.  I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2003. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Mr. Luskin since 2006.

4.  Mr. Luskin is a partner at Patton Boggs LLP in Washington, DC.

5. I have found Mr. Luskin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Robert D. Luskin, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Robert D. Luskin, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Robert D. Luskin, *pro hac vice*, to represent Defendant Bershad in the above-captioned matter, be granted.

Date: April 10, 2008
Newark, New Jersey

Notarized: *Angela C. Grant*

ANGELA CHARLENE GRANT
Notary Public, State of New Jersey
My Commission Expires
August 30, 2010

Respectfully submitted,

*Christopher M. DiMuro*

Christopher M. DiMuro
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
Telephone: (646) 557-5100
Facsimile: (646) 557-5101
E-mail: cdimuro@pattonboggs.com
*Attorneys for Defendant David J. Bershad*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT D. LUSKIN

was on the 17ᵀᴴ day of DECEMBER, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 10, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that, on April \\, 2008, a copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** for Robert D. Luskin was served upon all counsel of record by first-class U.S. Mail, postage prepaid, to the following:

Stanley J. Okula, Jr., Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York  10601
(212) 637-1585


Richard E. Robinson, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
312 North Spring Street
Los Angeles, California  90012
(213) 894-0713


Russel H. Beatie, Esq.
Daniel A. Osborn, Esq.
Beatie & Osborn LLP
521 Fifth Avenue, Suite 3400
New York, New York  10175
(212) 888-9000
*Attorneys for Plaintiffs*


Eric R. Levine
Eric P. Heichel
Eisenman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, New York  10022
(212) 752-1000
*Attorneys for Defendant
Lerach Coughlin Stoia Geller Rudman & Robbins LLP*

Gregory P. Joseph
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York  10017
*Attorneys for Defendants Melvyn I Weiss and*
*Milberg Weiss Bershad & Schulman LLP*


Peter M. Ripin
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York  10158
*Attorneys for Defendant Steven G. Schulman*

By: /s/ De'Johna Utley

De'Johna Utley
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone:  (202) 457-7535
Facsimile:  (202) 457-6315
dutley@pattonboggs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LINDA MARSHALL, et al.,                         )
                                                )
              Plaintiffs,              )
                                                )
    v.                                            )   Civil Action No.: 07 CV 6950 (LAP)
                                                )
MILBERG WEISS BERSHAD & SCHULMAN                )   **ORDER FOR ADMISSION**
LLP, et al.,                                    )   **PRO HAC VICE**
                                                )   **ON WRITTEN MOTION**
              Defendants.              )
                                                )
------------------------------------------------------------X

Upon the motion of Christopher M. DiMuro, attorney for Defendant David J. Bershad and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Robert D. Luskin
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone: (202) 457-6190
Facsimile: (202) 457-6315
rluskin@pattonboggs.com

is admitted to practice pro hac vice as counsel for Defendant David J. Bershad in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date:  New York, NY
        April __, 2008

                                                                                                                        _____
                                                                                                       Hon. Loretta A. Preska, U.S.D.J.