UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LINDA MARSHALL, BEN DAMPIOS,  )
AL SPILLOWAY, BERNIE APOTHEKER,  )
HARRY ESPOSITO and BRENT WENTZ,  )
on behalf of themselves and all  )
others similarly situated,  )
  )
Plaintiffs,  )
  )
v.  )          Civil Action No.:  07 CV 6950 (LAP)
  )
MILBERG WEISS BERSHAD & SCHULMAN  )     **MOTION TO ADMIT COUNSEL**
LLP, LERACH COUGHLIN STOIA GELLER  )     ***PRO HAC VICE***
RUDMAN & ROBBINS LLP, MELVIN I.  )
WEISS, DAVID J. BERSHAD, and STEVEN G.  )
SCHULMAN, DOES 1 THROUGH 15,  )
  )
Defendants.  )
-----------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, I, Christopher M. DiMuro, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Jamie S. Gardner
> Patton Boggs LLP
> 2550 M Street, N.W.
> Washington, DC 20037
> Telephone: (202) 457-6188
> Facsimile: (202) 457-6315
> jgardner@pattonboggs.com

Jamie S. Gardner is a member in good standing of the Bar of the Commonwealth of Massachusetts,

and of the District of Columbia Bar. There are no pending disciplinary proceedings against Jamie S.

Gardner in any State or Federal court.

Date:   April 10, 2008
        Newark, New Jersey

                                         Respectfully submitted,

                                         Christopher M. DiMuro
                                         PATTON BOGGS LLP
                                         1185 Avenue of the Americas
                                         30th Floor
                                         New York, New York 10036
                                         Telephone: (646) 557-5100
                                         Facsimile: (646) 557-5101
                                         E-mail: cdimuro@pattonboggs.com
                                         *Attorneys for Defendant David J. Bershad*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
LINDA MARSHALL, BEN DAMPIOS,              )
AL SPILLOWAY, BERNIE APOTHEKER,           )
HARRY ESPOSITO and BRENT WENTZ,           )
on behalf of themselves and all           )
others similarly situated,                )
                                          )
Plaintiffs,                               )
                                          )
v.                                        )     Civil Action No.:  07 CV 6950 (LAP)
                                          )
MILBERG WEISS BERSHAD & SCHULMAN          )     AFFIDAVIT OF CHRISTOPHER
LLP, LERACH COUGHLIN STOIA GELLER         )     M. DIMURO IN SUPPORT
RUDMAN & ROBBINS LLP, MELVIN I.           )     MOTION TO ADMIT COUNSEL
WEISS, DAVID J. BERSHAD, and STEVEN G.    )     PRO HAC VICE
SCHULMAN, DOES 1 THROUGH 15,              )
                                          )
Defendants.                               )
-----------------------------------------------------------------X
```

State of New York    )
                     )       ss:
County of New York   )

Christopher M. DiMuro, being duly sworn, hereby deposes and says as follows:

1.      I am Christopher M. DiMuro, counsel for Defendant David J. Bershad in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Bershad's motion to admit Jamie S. Gardner as counsel *pro hac vice* to represent Defendant Bershad in this matter.

2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2003.  I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Ms. Gardner since 2006.

4.      Ms. Gardner is a partner at Patton Boggs LLP in Washington, DC.

5.  I have found Ms. Gardner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Jamie S. Gardner, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Jamie S. Gardner, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Jamie S. Gardner, *pro hac vice*, to represent Defendant Bershad in the above-captioned matter, be granted.

Date:  April 10, 2008
       Newark, New Jersey

Notarized:

ANGELA CHARLENE GRANT
Notary Public, State of New Jersey
My Commission Expires
August 30, 2010

Respectfully submitted,

Christopher M. DiMuro
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
Telephone: (646) 557-5100
Facsimile: (646) 557-5101
E-mail: cdimuro@pattonboggs.com
*Attorneys for Defendant David J. Bershad*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

_____

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **November** A.D. **1998** , said Court being the highest Court of Record in said Commonwealth:

## Jamie Sue Gardner

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eleventh** day of **April**



in the year of our Lord **two thousand and eight.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMIE S. GARDNER

_____

was on the    19TH    day of    DECEMBER, 1983_____

duly  qualified  and  admitted  as  an  attorney  and  counselor  and

entitled  to  practice  before  this  Court  and  is,  on  the  date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court    at    the    City    of
Washington,  D.C.,  on  April
10, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2008, a copy of the foregoing **Motion to Admit**

**Counsel Pro Hac Vice** for Jamie S. Gardner was served upon all counsel of record by first-class

U.S. Mail, postage prepaid, to the following:


Stanley J. Okula, Jr., Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York  10601
(212) 637-1585


Richard E. Robinson, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
312 North Spring Street
Los Angeles, California  90012
(213) 894-0713


Russel H. Beatie, Esq.
Daniel A. Osborn, Esq.
Beatie & Osborn LLP
521 Fifth Avenue, Suite 3400
New York, New York  10175
(212) 888-9000
*Attorneys for Plaintiffs*


Eric R. Levine
Eric P. Heichel
Eisenman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, New York  10022
(212) 752-1000
*Attorneys for Defendant*
*Lerach Coughlin Stoia Geller Rudman & Robbins LLP*

Gregory P. Joseph
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York  10017
*Attorneys for Defendants Melvyn I Weiss and*
*Milberg Weiss Bershad & Schulman LLP*


Peter M. Ripin
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York  10158
*Attorneys for Defendant Steven G. Schulman*


By: _____

De'Johna Utley
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone:  (202) 457-7535
Facsimile:  (202) 457-6315
dutley@pattonboggs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
LINDA MARSHALL, et al.,                          )
                                                 )
                    Plaintiffs,                  )
                                                 )
        v.                                       )   Civil Action No.:  07 CV 6950 (LAP)
                                                 )
MILBERG WEISS BERSHAD & SCHULMAN                 )   ORDER FOR ADMISSION
LLP, et al.,                                     )   PRO HAC VICE
                                                 )   ON WRITTEN MOTION
                    Defendants.                  )
                                                 )
-----------------------------------------------------------X
```

Upon the motion of Christopher M. DiMuro, attorney for Defendant David J. Bershad

and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jamie S. Garnder
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone: (202) 457-6188
Facsimile: (202) 457-6315
jgardner@pattonboggs.com

is admitted to practice pro hac vice as counsel for Defendant David J. Bershad in the above

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of Court.

Date:   New York, NY
        April __, 2008

_____
Hon. Loretta A. Preska, U.S.D.J.