UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LINDA MARSHALL, et al.,

          Plaintiffs,

v.

MILBERG WEISS BERSHAD & SCHULMAN LLP, et al.,

          Defendants.
-----------------------------------------------------------X

Civil Action No.: 07 CV 6950 (LAP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

     Upon the motion of Christopher M. DiMuro, attorney for Defendant David J. Bershad and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jamie S. Garnder
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone: (202) 457-6188
Facsimile: (202) 457-6315
jgardner@pattonboggs.com

is admitted to practice pro hac vice as counsel for Defendant David J. Bershad in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date: New York, NY
April 18, 2008

*Loretta A. Preska*
Hon. Loretta A. Preska, U.S.D.J.