# GREGORY P. JOSEPH LAW OFFICES LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JOSEPHNYC.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
Direct Fax: (212) 407-1280
EMAIL: gjoseph@josephnyc.com

FACSIMILE
(212) 407-1299

May 29, 2008

**By Facsimile**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Re: *Marshall v. Milberg, Weiss*, 07 Civ. 6950 (LAP)

Dear Judge Preska:

    I write on behalf of all counsel further to the Court's Order of March 31, 2008 (dkt. no. 43) granting the Government's motion to stay all proceedings and requiring counsel to "confer and inform the Court by letter no later than May 30 of the status of the criminal proceedings."

    On April 2, 2008, defendant Melvyn I. Weiss pleaded guilty before the Honorable John F. Walter to an information charging Mr. Weiss with Racketeering Conspiracy, in violation of 18 U.S.C. Section 1962, and Criminal Forfeiture, as provided by 18 U.S.C. Section 1963. Mr. Weiss's guilty plea was pursuant to a written plea agreement with the government. Mr. Weiss is scheduled to be sentenced by Judge Walter on June 2, 2008.

    Trial is scheduled to commence on August 12, 2008 before Judge Walter for the two remaining defendants, Milberg LLP and Paul T. Selzer.

Respectfully submitted,

Gregory P. Joseph

cc: All counsel of record (by e-mail and facsimile)

611526

*[Handwritten endorsement:]*

May 30, 2008

In light of the filing of the Amended Complaint (dkt. no. 45), defendants' motions to dismiss are denied as moot. Counsel shall confer and inform the Court by letter of the status of the action no later than June 30, 2008.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE